**Order filed November 5, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00252-CV
_____

### CHRISTOPHER MULGREW, Appellant

### V.

### SPECTRASEIS, INC., Appellee

**On Appeal from the 281st District Court
Harris County, Texas
Trial Court Cause No. 2012-41761**

## O R D E R

Appellant's brief was due October 18, 2013. No brief or motion for extension of time has been filed.

Unless appellant submits a brief to the clerk of this court within thirty days of the date of this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM